**Rodney Leon ALLS, Plaintiff–Appellant,**

v.

**Vernon SMITH, Doctor, Health Services Director of the Virginia Department of Corrections; W.F. Amonette, Doctor, Health Care Provider at the Pulaski Correctional Unit #1, Defendants–Appellees.**

No. 02–7360.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 20, 2003.

Rodney Leon Alls, Appellant Pro Se. Jim Harold Guynn, Jr., Guynn & Memmer, P.C., Roanoke, Virginia, for Appellees.

Before WILKINS, Chief Judge, and MICHAEL and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Rodney Leon Alls appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Alls v. Smith,* No. CA–01–574–7 (W.D.Va. Aug. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*